UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIANNA MILES, | ) | CASE NO. 1:22-cv-281 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET M. BRENNAN |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OPINION** |
| TRANSUNION, LLC, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before this Court is Defendant Transunion, LLC's Motion to Dismiss Plaintiff's Complaint. (Doc. No. 7.) The motion is UNOPPOSED and GRANTED.

Plaintiff Tianna Miles filed this *pro se* complaint against Defendant alleging violations of various sections of the Fair Credit Reporting Act. Defendant filed the herein motion setting forth numerous bases justifying dismissal of all claims. Plaintiff did not oppose the motion or request an extension of time to do so.

This Court may interpret the absence of a response to a motion to dismiss as a waiver of opposition. *Ray v. United States*, 2017 WL 2350095, at *2 (E.D. Tenn. May 30, 2017) (citing *Notredan, LLC v. Old Republic Exch. Facilitator Co.*, 531 Fed. App'x. 567, 569 (6th Cir. 2013) (explaining that failure to respond or otherwise oppose a motion to dismiss operates as both a waiver of opposition to, and an independent basis for granting, the unopposed motion); *Demsey v. R.J. Reynolds Tobacco Co.*, No. 1:04CV1942, 2005 WL 1917934, at *2 (N.D. Ohio Aug. 10, 2005) ("The court's authority to grant a motion to dismiss because it is unopposed is well established."); *see also Humphrey v. U.S. Attorney Gen.'s Office*, 279 F. App'x. 328, 331 (6th

1

Cir. 2008) (citations omitted) ("Thus, where, as here, plaintiff has not raised arguments in the district court by virtue of his failure to oppose defendants' motions to dismiss, the arguments have been waived.")

Additionally, the Court finds Defendant's arguments warrant dismissal of Plaintiff's claims and incorporates the motion herein by reference.

For these reasons, Defendant's Motion to Dismiss all Claims Presented in Plaintiff's Complaint is UNOPPOSED and GRANTED. Accordingly, this case is dismissed *with prejudice*.

**IT IS SO ORDERED.**

Date: June 29, 2022

_____
BRIDGET M. BRENNAN
UNITED STATES DISTRICT JUDGE